**Kirkendall Dwyer, LLP and John Doe**
**v.**
**The South Carolina Supreme Court Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, John S. Nichols and Alan Wilson, South Carolina Attorney General**

**EXHIBIT B**
**WEBSITE**




