AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Kirkendall Dwyer, LLP and John Doe, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.    3:20-02192-JMC |
| v. | ) | |
| The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, John S. Nichols and Alan Wilson, South Carolina Attorney General, | ) ) ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> The South Carolina Commission on Lawyer Conduct
> 1220 Senate Street, Suite 111
> Columbia, South Carolina 29201
>
> Christopher G. Isgett, Chairman
> South Carolina Commission on Lawyer Conduct
> 1220 Senate Street, Suite 111
> Columbia, South Carolina 29201
>
> The South Carolina Office of Disciplinary Counsel
> 1220 Senate Street, Suite 309
> Columbia, South Carolina 29201
>
> John S. Nichols, Disciplinary Counsel
> The South Carolina Office of Disciplinary Counsel
> 1220 Senate Street, Suite 309
> Columbia, South Carolina 29201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Ronald L. Richter, Jr, Scott M. Mongillo
> Bland Richter, LLP - People's Building
> 18 Broad Street, Mezzanine Lvl
> Charleston, SC 29401

AO 440 (Rev. 06/12) Summons in a Civil Action

Eric Bland
Bland Richter, LLP
1500 Calhoun Street
Columbia SC 29201

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date:    6/9/2020

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*