# STATE OF SOUTH CAROLINA
## AFFIDAVIT OF SERVICE

RICHLAND COUNTY                              UNITED STATES DISTRICT COURT

DOCKET # 3:20-2192-JMC

KIRKENDALL DWYER LLP., AND JOHN DOE

~ VS ~

THE SOUTH CAROLINA COMMISSION ON LAWYER CONDUCT,
CHRISTOPHER G. ISGETT, ET., AL.

THE UNDERSIGNED, JEFF COSTNER, BEING DULY SWORN SAYS THAT HE SERVED THE FOLLOWING :

(1) HAND DELIVERED LETTER, (2) SUMMONS
(2) , (3) COMPLAINT, (4) EXHIBITS A & B,

IN THE FOREGOING ACTION ON CHRISTOPHER G. ISGETT, AND BY DELIVERING TO, HIM PERSONALLY, AND BY LEAVING WITH HIM A COPY OF THE SAME AT,

<u>1314 LINCOLN STREET, COLUMBIA, SOUTH CAROLINA 29202</u>
(FULL ADDRESS WHERE SERVED)

ON THIS, 23RD DAY OF JUNE, 2020, AT 10:35 AM, AND THAT HE KNOWS THE PERSON SO SERVED TO BE THE PARTY MENTIONED AND DESCRIBED IN THE PLEADINGS SERVED AS, CHRISTOPHER G. ISGETT, AND THAT HE IS NOT A PARTY TO NOR INTERESTED IN THE ACTION.

JEFF COSTNER-PROCESS SERVER

SWORN BEFORE ME THIS, 23RD DAY OF JUNE, 2020
RHONDA A. COSTNER, NOTARY PUBLIC, STATE OF SOUTH CAROLINA
MY COMMISSION EXPIRES, JUNE 29, 2022