IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Kirkendall Dwyer, LLP and John Doe, | ) | C/A No. 3:20-2192-JMC |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | **NOTICE OF FILING** |
| The South Carolina Commission on Lawyer | ) | |
| Conduct, Christopher G. Isgett, The South | ) | |
| Carolina Office of Disciplinary Counsel, | ) | |
| John S. Nichols and Alan Wilson, South | ) | |
| Carolina Attorney General, | ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that the Plaintiffs in the above-entitled Action are hereby filing simultaneously with this notice an Affidavit of Service of the Summons and Complaint upon Defendant Christopher Isgett as Chairman of The South Carolina Commission on Lawyer Conduct.

BLAND RICHTER, LLP
*Attorneys for Plaintiffs*

*s/Eric S. Bland*
Eric S. Bland
Federal Bar No.: 5472
1500 Calhoun Street (29201)
Post Office Box 72
Columbia, South Carolina 29202
803.256.9664 (telephone)
803.256.3056 (facsimile)
ericbland@blandrichter.com (e-mail)

1

*s/ Ronald L. Richter, Jr.*
Ronald L. Richter, Jr.
Federal Bar No.: 6264
*s/Scott M. Mongillo*
Scott M. Mongillo
Federal Bar No.: 7436
Peoples Building
18 Broad Street, Mezzanine
Charleston, South Carolina 29401
843.573.9900 (telephone)
843.573.0200 (facsimile)
ronnie@blandrichter.com (e-mail)
scott@blandrichter.com (e-mail)

Columbia, South Carolina

June 30, 2020