# STATE OF SOUTH CAROLINA
## AFFIDAVIT OF SERVICE

RICHLAND COUNTY                   UNITED STATES DISTRICT COURT

DOCKET # 3:20-2192-JMC

KIRKENDALL DWYER LLP., AND JOHN DOE

~ VS ~

THE SOUTH CAROLINA COMMISSION ON LAWYER CONDUCT,
CHRISTOPHER G. ISGETT, ET., AL.

THE UNDERSIGNED, JEFF COSTNER, BEING DULY SWORN SAYS THAT HE SERVED THE FOLLOWING :

(1) HAND DELIVERED LETTER, (2) SUMMONS, (3) COMPLAINT, (4) EXHIBITS A & B,

IN THE FOREGOING ACTION ON : THE SOUTH CAROLINA COMMISSION ON LAWYER CONDUCT, AND BY DELIVERING TO, CHRISTOPHER ISGETT, AS THE CHAIRMAN OF THE SOUTH CAROLINA COMMISSION ON LAWYER CONDUCT, AND BY LEAVING WITH HIM A COPY OF THE SAME AT,

<u>1314 LINCOLN STREET, COLUMBIA, SOUTH CAROLINA  29202</u>
(FULL ADDRESS WHERE SERVED)

ON THIS, 23RD DAY OF JUNE, 2020, AT 10:35 AM, AND THAT HE KNOWS THE PERSON SO SERVED TO BE THE PARTY MENTIONED AND DESCRIBED IN THE PLEADINGS SERVED AS, : THE SOUTH CAROLINA COMMISSION ON LAWYER CONDUCT, AND THAT HE IS NOT A PARTY TO NOR INTERESTED IN THE ACTION.

*[signature]*
JEFF COSTNER-PROCESS SERVER

*[signature: Rhonda A. Costner]*

SWORN BEFORE ME THIS, 23RD DAY OF JUNE, 2020
RHONDA A. COSTNER, NOTARY PUBLIC, STATE OF SOUTH CAROLINA
MY COMMISSION EXPIRES, JUNE 29, 2022

*[Notary Seal]*

* COSTNER'S LEGAL SERVICE * 2109 Kathleen Dr * Columbia, South Carolina * 29210 *