IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Kirkendall Dwyer, LLP and John Doe, ) | C/A No. 3:20-2192-JMC |
| ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | **NOTICE OF FILING** |
| The South Carolina Commission on Lawyer ) | |
| Conduct, Christopher G. Isgett, The South ) | |
| Carolina Office of Disciplinary Counsel, ) | |
| John S. Nichols and Alan Wilson, South ) | |
| Carolina Attorney General, ) | |
| ) | |
| Defendants. ) | |

PLEASE TAKE NOTICE that the Plaintiffs in the above-entitled Action are hereby filing simultaneously with this notice an **Affidavit of Service** of the Summons and Complaint upon Defendant Alan Wilson.

**BLAND RICHTER, LLP**
*Attorneys for Plaintiffs*

*s/Eric S. Bland*
Eric S. Bland
Federal Bar No.: 5472
1500 Calhoun Street (29201)
Post Office Box 72
Columbia, South Carolina 29202
803.256.9664 (telephone)
803.256.3056 (facsimile)
ericbland@blandrichter.com (e-mail)

1

          **_s/ Ronald L. Richter, Jr._**
          Ronald L. Richter, Jr.
          Federal Bar No.: 6264
          **_s/Scott M. Mongillo_**
          Scott M. Mongillo
          Federal Bar No.: 7436
          Peoples Building
          18 Broad Street, Mezzanine
          Charleston, South Carolina 29401
          843.573.9900 (telephone)
          843.573.0200 (facsimile)
          ronnie@blandrichter.com (e-mail)
          scott@blandrichter.com (e-mail)

Columbia, South Carolina

July 1, 2020