# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Kirkendall Dwyer, LLP and John Doe,<br><br>   Plaintiffs<br><br> v.<br><br>The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, John S. Nichols and Alan Wilson, South Carolina Attorney General,<br><br>   Defendants. | C/A No. 3:20-cv-02192-JMC<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney represents Defendants, The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel and John S. Nichols, and hereby gives notice of appearance as counsel in the above-captioned action. All future pleadings and correspondence should be sent to the attorney at the address below.

             Respectfully submitted,

             s/ Mark C. Moore
             Mark C. Moore, Fed ID No. 4956
             NEXSEN PRUET, LLC
             1230 Main Street, Suite 700 (29201)
             Post Office Drawer 2426
             Columbia, SC 29202
             Telephone: 803.540.2146
             MMoore@nexsenpruet.com

             *Attorney for Defendants The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel and John S. Nichols*

July 7, 2020
Columbia, South Carolina