AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Kirkendall Dwyer, LLP, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-02192-JMC |
| The S.C. Commission on Lawyer Conduct, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alan Wilson, South Carolina Attorney General                .

Date:   07/09/2020

s/J. Emory Smith, Jr
*Attorney's signature*

J. Emory Smith, Jr. Federal ID No. 3805
*Printed name and bar number*

Office of the Attorney General
P.O. Box 11549
Columbia, SC 29211

*Address*

esmith@scag.gov
*E-mail address*

(803) 734-3642
*Telephone number*

(803) 734-3677
*FAX number*