# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | |
|---|---|
| Kirkendall Dwyer, LLP and John Doe, <br><br>Plaintiffs <br><br>v. <br><br>The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, John S. Nichols and Alan Wilson, South Carolina Attorney General, <br><br>Defendants. | C/A No. 3:20-cv-02192-JMC <br><br><br>**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT OR OTHERWISE PLEAD** |

Defendants The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, John S. Nichols and Alan Wilson, South Carolina Attorney General[1] ("Defendants"), with the consent of counsel for Plaintiffs Kirkendall Dwyer, LLP and John Doe, respectfully request that they be granted an extension of time to answer or otherwise plead to Plaintiffs' Complaint in this matter.

In support of this Motion, the Defendants state as follows:

1. Plaintiffs filed the Complaint in this action on June 9, 2020.

2. All Defendants have been served or have executed a waiver of service and their initial due dates for filing an answer to the original Complaint vary. For example, at the request of the Plaintiffs, Defendant John S. Nichols agreed to waive service, executed a waiver of same and

---

[1] The Defendant Wilson makes this motion subject to and without waiving the proposed consent order of dismissal that has or shortly will be submitted to the Court. If that proposed order is approved by the Court, the Defendant Wilson will no longer be a party and will not need to respond to the Amended Complaint.

his Answer to the Original Complaint is due on August 31, 2020—that due date is much later than the due date for other Defendants.

3. On July 7, 2020 Plaintiffs filed an Amended Complaint. The parties have conferred, and the Parties have agreed that an Answer for all Defendants should be due to the Amended Complaint on August 31, 2020, the due date for Mr. Nichols' response to the original Complaint.

4. The Defendants request that their time to answer or otherwise plead to Plaintiffs' Amended Complaint be extended until August 31, 2020 and respectfully submit that the same will promote judicial economy as it will allow the Defendants to file one responsive pleading to the Plaintiffs' Amended Complaint.

5. Plaintiffs have consented to this extension.

6. This extension will have no effect on any other deadlines in this action.

WHEREFORE, Defendants respectfully request that the Court grant an extension of time to respond or otherwise plead to Plaintiffs' Amended Complaint until August 31, 2020.

WE CONSENT:

s/ Ronald L. Richter, Jr.
Ronald L. Richter, Jr., Fed. ID No. 6264
Scott M. Mongillo, Fed. ID No. 7436
Bland Richter, LLP
Peoples Building
18 Broad Street, Mezzanine
Charleston, SC 29401
Telephone:  843.573.9900
Facsimile:  843.573.0200
ronnie@blandrichter.com
scott@blandrichter.com

Eric S. Bland, Fed. ID No. 5472
Bland Richter, LLP
1500 Calhoun Street
Post Office Box 72
Columbia, SC 29202
Telephone:  803.256.9664
Facsimile:  803.256.3056
ericbland@blandrichter.com

*Attorneys for Plaintiffs Kirkendall Dwyer, LLP and John Doe*

July 13, 2020
Columbia, South Carolina

WE SO MOVE:

s/ Mark C. Moore
Mark C. Moore, Fed. ID No. 4956
Nexsen Pruet, LLC
1230 Main Street, Suite 700
Post Office Drawer 2426
Columbia, SC 29202
Telephone:  803.540.2146
Facsimile:  803.727.1458
MMoore@nexsenpruet.com

J. Emory Smith Jr., Fed. ID No. 3908
State of South Carolina
Office of the Attorney General
1000 Assembly Street, Room 519
Post Office Box 11549
Columbia, SC 29211
Telephone:  803.734.3680
Facsimile:  803.734-3677
esmith@scag.gov

*Attorney for Defendants The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, John S. Nichols and Alan Wilson, South Carolina Attorney General*