# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Kirkendall Dwyer, LLP and John Doe,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, John S. Nichols and Alan Wilson, South Carolina Attorney General,<br><br>　　　　Defendants. | C/A No. 3:20-cv-02192-JMC<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Sara S. Svedberg, represents the Defendants, The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, John S. Nichols and Alan Wilson, South Carolina Attorney General, and hereby gives notice of appearance as counsel in the above-captioned action. All future pleadings and correspondence should be sent to the attorney at the address below.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/ Sara S. Svedberg
　　　　　　　　　　　　　　　　　　　Sara S. Svedberg, Fed ID No. 11928
　　　　　　　　　　　　　　　　　　　NEXSEN PRUET, LLC
　　　　　　　　　　　　　　　　　　　1230 Main Street, Suite 700 (29201)
　　　　　　　　　　　　　　　　　　　Post Office Drawer 2426
　　　　　　　　　　　　　　　　　　　Columbia, SC 29202
　　　　　　　　　　　　　　　　　　　Telephone: 803.771.8900
　　　　　　　　　　　　　　　　　　　SSvedberg@nexsenpruet.com

　　　　　　　　　　　　　　　　　　　*Attorney for Defendants The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, John S. Nichols and Alan Wilson, South Carolina Attorney General*

August 6, 2020
Columbia, South Carolina