# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Kirkendall Dwyer, LLP and John Doe,<br><br>               Plaintiffs<br><br>    v.<br><br>The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, John S. Nichols and Alan Wilson, South Carolina Attorney General,<br><br>               Defendants. | C/A No. 3:20-cv-02192-JMC<br><br>**CONSENT ORDER OF DISMISSAL** |

      Pursuant to Rule 41 (a)(2), FRCP, Plaintiffs move that the Defendant Alan Wilson, South Carolina Attorney General, be dismissed without prejudice. The Defendant Wilson and the Defendants South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, the South Carolina Office of Disciplinary Counsel, and John S. Nichols consent to this dismissal. [Signatures of counsel on next page].

      The Court dismisses the Defendant Wilson, as named in this action, without prejudice. He should be omitted from the caption in future filings in this case.

      IT IS SO ORDERED

                                                                                 s/J. Michelle Childs<br>
                                                                            J. Michelle Childs<br>
                                                                            United States District Judge

August 6, 2020<br>
Columbia, South Carolina

WE SO MOVE:

s/ Ronald L. Richter, Jr.
Ronald L. Richter, Jr., Fed. ID No. 6264
Scott M. Mongillo, Fed. ID No. 7436
Bland Richter, LLP
Peoples Building
18 Broad Street, Mezzanine
Charleston, SC 29401
Telephone:  843.573.9900
Facsimile:  843.573.0200
ronnie@blandrichter.com
scott@blandrichter.com

Eric S. Bland, Fed. ID No. 5472
Bland Richter, LLP
1500 Calhoun Street
Post Office Box 72
Columbia, SC 29202
Telephone:  803.256.9664
Facsimile:  803.256.3056
ericbland@blandrichter.com

*Attorneys for Plaintiffs Kirkendall Dwyer, LLP and John Doe*

July 9, 2020
Columbia, South Carolina

WE CONSENT:

s/ Mark C. Moore
Mark C. Moore, Fed. ID No. 4956
Nexsen Pruet, LLC
1230 Main Street, Suite 700
Post Office Drawer 2426
Columbia, SC 29202
Telephone:  803.540.2146
Facsimile:  803.727.1458
MMoore@nexsenpruet.com

*Attorney for Defendants The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, and John S. Nichols*

s/J. Emory Smith, Jr.
J. Emory Smith Jr., Fed. ID No. 3908
Deputy Solicitor General
Office of the Attorney General
1000 Assembly Street, Room 519
Post Office Box 11549
Columbia, SC 29211
Telephone:  803.734.3680
Facsimile:  803.734-3677
esmith@scag.gov

*Attorney for Alan Wilson, South Carolina Attorney General*