IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Kirkendall Dwyer, LLP, and John Doe, <br><br> Plaintiffs, <br><br> v. <br><br> The South Carolina Commission on Lawyer Conduct, Christopher G. Isgett, The South Carolina Office of Disciplinary Counsel, and John S. Nichols, <br><br> Defendants. | Case No. 3:20-cv-02192-JMC <br><br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS CHRISTOPHER G. ISGETT AND JOHN S. NICHOLS PURSUANT TO RULE 41** |

Pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(i), Plaintiffs file this Notice of Dismissal of all claims against Christopher G. Isgett and John S. Nichols based on the stipulation by Defendants The South Carolina Commission on Lawyer Conduct and the South Carolina Office of Disciplinary Counsel that they are the proper entities to respond to the claims that are the subject of the Plaintiffs' First Amended Complaint.

*s/Eric S. Bland*
Eric S. Bland          Federal ID 5472
BLAND RICHTER, LLP
Post Office Box 72
Columbia, South Carolina 29202
Telephone 803.256.9664
ericbland@blandrichter.com

Ronald L. Richter, Jr.   Federal ID 6264
Scott M. Mongillo       Federal ID 7436
BLAND RICHTER, LLP
Peoples Building
18 Broad Street, Mezzanine
Charleston, South Carolina 29401
Telephone 843.573.9900
ronnie@blandrichter.com
scott@blandrichter.com

August 25, 2020                    *Attorneys for Plaintiffs*