# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Kirkendall Dwyer, LLP and John Doe,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>The South Carolina Commission on Lawyer Conduct and The South Carolina Office of Disciplinary Counsel,<br><br>　　　　Defendants. | Civil Action No.  3:20-2192-JMC<br><br>**DEFENDANT THE SOUTH CAROLINA OFFICE OF DISCIPLINARY COUNSEL'S ANSWERS TO LOCAL CIVIL RULE 26.01 INTERROGATORIES** |

　　　　Defendant, The South Carolina Office of Disciplinary Counsel, by and through its undersigned counsel, answering Local Civil Rule 26.01interrogatories, states as follows:

　　　　**(A)　State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

　　　　ANSWER:　　None.

　　　　**(B)　As to each claim, state whether it should be tried jury or nonjury and why**.

　　　　ANSWER:　　Nonjury. Plaintiffs' First Amended Complaint, seeking declaratory and injunctive relief, does not request a jury trial.

　　　　**(C)　State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company which the party owns ten percent or more of the outstanding shares.**

　　　　ANSWER:　　The South Carolina Office of Disciplinary Counsel is not publicly owned.

　　　　**(D)　State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

　　　　ANSWER:　　The Defendants are located in this district.

　　　　**(E)　Is this action related to any other matter (civil or criminal) filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the**

related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Cases are related if they (1) arise from the same or identical transactions, happenings or events; (2) involve the identical parties or property; or (3) for any other reason would entail substantial duplication of labor if heard by different judges.

ANSWER:    Upon information and belief, there is no other matter pending within the division.

**(F)    [Defendants only] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

ANSWER:    N/A

**(G)    [Defendants only]  If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

ANSWER:    N/A

Respectfully submitted,

s/Susan P. McWilliams
Susan P. McWilliams          Fed ID No. 3351
smcwilliams@nexsenpruet.com
Angus H. Macaulay            Fed ID No. 5248
AMacaulay@nexsenpruet.com
Sara S. Svedberg             Fed ID No. 11928
ssvedberg@nexsenpruet.com
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, SC  29202
PHONE:  803.771.8900
FACSIMILE:  803.253.8277

August 31, 2020
Columbia, South Carolina

**Attorneys for Defendants The South Carolina Office of Disciplinary Counsel**

2