# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Kirkendall Dwyer, LLP, and John Doe, | Case No.: 3:20-cv-02192-JMC |
| Plaintiffs, | |
| vs. | **JOINT RULE 26(f) REPORT** |
| The South Carolina Commission on Lawyer Conduct and The South Carolina Office of Disciplinary Counsel, | |
| Defendants. | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be filed separately by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed on August 31, 2020 requires modification as set forth in the proposed Amended Scheduling Order that will be e-mailed to chambers as required. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be filed separately by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, is attached. The information required by Local Civil Rule 26.03 is also attached.**

(SIGNATURE PAGE ATTACHED)

| | |
|---|---|
| **WE SO MOVE/CONSENT:** | **WE SO MOVE/CONSENT:** |
| | |
| s/ Eric S. Bland | s/Angus H. Macaulay |
| Eric S. Bland, Fed. Id. No. 5472 | Angus H. Macaulay      Fed. ID No. 5248 |
| ericbland@blandrichter.com | amacaulay@nexsenpruet.com |
| BLAND RICHTER, LLP | Susan P. McWilliams     Fed. ID No. 3351 |
| P.O. Box 72 | smcwilliams@nexsenpruet.com |
| Columbia, South Carolina 29202 | Sara S. Svedberg       Fed. ID No. 11928 |
| Phone: 803.256.9664 | ssvedberg@nexsenpruet.com |
| | NEXSEN PRUET, LLC |
| Ronald L. Richter, Jr., Fed. ID No. 6264 | 1230 Main Street, Suite 700 |
| ronnie@blandrichter.com | Columbia, South Carolina 29201 |
| Scott M. Mongillo, Fed. Id. No. 7436 | Phone: 803.771.8900 |
| scott@blandrichter.com | |
| BLAND RICHTER, LLP | ATTORNEYS FOR DEFENDANTS |
| Peoples Building | |
| 18 Broad Street, Mezzanine | |
| Charleston, South Carolina 29401 | |
| Phone: 843.573.9900 | |
| | |
| ATTORNEYS FOR PLAINTIFFS | |

October 7, 2020
Columbia, South Carolina