# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Kirkendall Dwyer, LLP and John Doe,<br><br>Plaintiffs<br><br>v.<br><br>The South Carolina Commission on Lawyer Conduct and The South Carolina Office of Disciplinary Counsel,<br><br>Defendants. | C/A No. 3:20-cv-02192-JMC<br><br><br>**STIPULATION OF DISMISSAL** |

The parties herein, Kirkendall Dwyer, LLP and John Doe ("Plaintiffs") and The South Carolina Commission on Lawyer Conduct and The South Carolina Office of Disciplinary Counsel ("Defendants"), pursuant to FRCP 41(a)(1)(A)(ii), hereby stipulate that the above-captioned case shall be, and the same hereby is, dismissed and forever ended, with prejudice. The Parties hereto agree and stipulate that this dismissal with prejudice shall apply to and finally dispose of all claims which were or could have been asserted in the action between Plaintiffs and Defendants, with each Party to bear its own respective attorney's fees and costs.

**WE SO STIPULATE:**

s/Eric S. Bland
Eric S. Bland, Esquire, Fed. ID 5472
Bland Richter, LLP
P. O. Box 72
Columbia, SC 29202
Telephone: 803-256-9664
ericbland@blandrichter.com

Ronald L. Richter, Jr., Esquire, Fed. ID 6264
Scott M. Mongillo, Esquire, Fed ID 7436
Bland Richter, LLP
Peoples Building
18 Broad Street, Mezzanine
Charleston, SC 29401
Telephone: 843.573.9900
ronnie@blandrichter.com
scott@blandrichter.com
**ATTORNEYS FOR PLAINTIFFS**

December 23, 2020

s/Susan P. McWilliams
Susan P. McWilliams, Fed ID No. 3351
Angus H. Macaulay, Fed ID No. 5248
Sara S. Svedberg, Fed ID No. 11928
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, SC 29202
Telephone: 803.771.8900
smcwilliams@nexsenpruet.com
amacaulay@nexsenpruet.com
ssvedberg@nexsenpruet.com
**ATTORNEY FOR DEFENDANTS THE SOUTH CAROLINA COMMISSION ON LAWYER CONDUCT AND THE SOUTH CAROLINA OFFICE OF DISCIPLINARY COUNSEL**